# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-8053** |
| **GEORGE A. SMITH, ET AL.** | **SECTION "A" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the claims of Wayne Gordon are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

October 20, 2017

_____
**UNITED STATES DISTRICT JUDGE**